GRAY, Respondent, *v.* ROCHESTER CITY & B. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department.  January 22, 1892.)*

No opinion.  Motion for reargument or for leave to appeal to the court of appeals denied.  See 15 N. Y. Supp. 927.

———

WHITMAN, Appellant, *v.* FOLEY *et al.*, Respondents.

*(Supreme Court, General Term, Fifth Department.  January 22, 1892.)*

No opinion.  Motion for a reargument denied.  For decision on appeal, see 16 N. Y. Supp. 23.

———

BRENNAN, Appellant, *v.* GRIFFITH, Respondent.

*(Common Pleas of New York City and County, General Term.  May 6, 1892.)*

Appeal from city court, general term.
Action against Margaret D. Brennan against Percival D. Griffith.
*W. L. O'Neill,* for appellant.  *Mr. Guggenheimer,* for respondent.
No opinion.  Appeal dismissed, with $10 costs and disbursements.  See 18 N. Y. Supp. 145.

———

CONOVER, Respondent, *v.* LENNON, Appellant.

*(Common Pleas of New York City and County, General Term.  May 6, 1892.)*

Appeal from city court, general term.
Action by David Conover against W. F. Lennon.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*W. H. Gardner,* for appellant.  *Jas. Kearney,* for respondent.
No opinion.  Judgment affirmed, with costs.  See 18 N. Y. Supp. 162.

———

HAND, Respondent, *v.* SOCIETY FOR SAVINGS, Appellant.

*(Common Pleas of New York City and County, General Term.  May 6, 1892.)*

Appeal from city court, general term.
Action by Ellwood S. Hand against Society for Savings in the City of Cleveland.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*W. M. Stafford,* for appellant.  *C. D. Hart Brown,* for respondent.
No opinion.  Judgment affirmed, with costs.  See 18 N. Y. Supp. 157.

———

LANAHAN *v.* DREW, (two cases.)

*(Common Pleas of New York City and County, General Term.  May 10, 1892.)*

Action by Samuel J. Lanahan against Edwin Dew.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*T. D. Robinson,* for Lanahan.  *R. W. Hawkesworth,* for Dew.
No opinion.  Motion to dismiss appeal granted, with costs.  See 17 N. Y. Supp. 840.

———

CONOVER, Respondent, *v.* LENNON, Appellant.

*(Common Pleas of New York City and County, General Term.  May 12, 1892.)*

Action by David Conover against W. F. Lennon.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*W. H. Gardner,* for appellant.  *James Kearney,* for respondent.

No opinion.   Motion for leave to appeal to the court of appeals denied, with $10 costs.   For decision on appeal, see 19 N. Y. Supp. 910.   See, also, 18 N. Y. Supp. 162.

---

### DRUMMOND v. FISHER.

*(Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Robert W. Drummond against Frank L. Fisher.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion for leave to appeal to the court of appeals denied, with $10 costs.   See 16 N. Y. Supp. 867; 18 N. Y. Supp. 142.

---

### HARRIS, Appellant, v. PRYOR, Respondent.

*(Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Henry G. Harris against S. Morris Pryer.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*W. McMichael,* for appellant.   *W. W. Hewitt,* for respondent.

No opinion.   Motion for reargument denied, with $10 costs.   See 18 N. Y. Supp. 128.

---

### MCSORLEY v. FAULKNER.

*(Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Alexander McSorley against James A. Faulkner.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion for reargument or leave to appeal to the court of appeals denied, with $10 costs.   See 14 N. Y. Supp. 789; 18 N. Y. Supp. 461.

---

### MALONY v. BRADY.

*(Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Patrick Maloney against Edward J. Brady.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion to go to the court of appeals denied, with $10 costs.   See 14 N. Y. Supp. 794; 18 N. Y. Supp. 757.

---

### NUMBER 121 MADISON AVE., Appellant, v. OSGOOD, Respondent.

*(Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Number 121 Madison Avenue (a corporation) against John C. Osgood.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion for reargument or leave to appeal to the court of appeals denied, with $10 costs.   See 18 N. Y. Supp. 126.

---

### POWELL, Respondent, v. FLETCHER, Appellant.

*(Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Minnie Powell against Victor S. Fletcher.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion for leave to go to the court of appeals denied, with $10 costs.   See 18 N. Y. Supp. 451.